UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

LADONNA NEWTON,                 )
Individually And On Behalf Of   )
All Others,                     )
                                )
        Plaintiffs,             )
                                )
vs.                             )        Case No.:  17-CV-861
                                )
CITY WIDE MAINTENANCE           )
CO., INC.,                      )
                                )
        Defendant.              )

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant City Wide Maintenance Co., Inc.

("City Wide") hereby gives notice of the removal of this action to this Court from the Circuit

Court of Jackson County, Missouri. The grounds for removal are as follows.

1.      On September 5, 2017, Plaintiff filed a Complaint in the Circuit Court of Jackson

County, Missouri captioned as *Ladonna Newton, Individually And On Behalf Of All Others vs.*

*City Wide Maintenance Co., Inc.,* Case No. 1716-CV21547 (the "State Court Action").

2.      On September 13, 2017, the Summons and Complaint were served upon a

representative of City Wide.

3.      On September 27, 2017, Plaintiff filed an Amended Complaint in the State Court

Action.

4.      In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and

orders received by City Wide are attached as Exhibit A.

5.      City Wide has filed this Notice of Removal within 30 days of receipt of the

Summons and Complaint and, therefore, has timely filed for removal pursuant to 28 U.S.C §

1446(b).

6.      The United States District Court for the Western District of Missouri is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that geographically encompasses the place where the original State Court Action was filed and is pending.

7.      Throughout Plaintiff's Complaint and Amended Complaint, she alleges that City Wide violated the Fair Credit Reporting Act ("FCRA"). Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331 because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law.

8.      Because Plaintiff's FCRA claims arise under the laws of the United States, removal is appropriate under 28 U.S.C. § 1441.

9.      The United States District Court for the Western District of Missouri is the appropriate court for filing a Notice of Removal because the Action is pending in the Circuit Court of Jackson County, Missouri.

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of Court for the Circuit Court of Jackson County, Missouri.

11.     City Wide reserves all defenses, including but not limited to, all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

12.     Under the provisions of 28 U.S.C. § 1441(b) and any other applicable statutes, with which Defendant is in compliance, this Action is removable to the United States District Court for the Western District of Missouri.

Consequently, Defendant hereby gives notice of the removal of the Action to this Court.

Respectfully submitted,
STINSON LEONARD STREET LLP

By: */s/ Robin K. Carlson*
    Robin K. Carlson, MO #57243
    Monique McElwee, #KS-000833
    1201 Walnut, Suite 2900
    Kansas City, MO 64106-2150
    816.842.8600 || 816.691.3495 [F]
    robin.carlson@stinson.com
    monique.mcelwee@stinson.com

ATTORNEYS FOR DEFENDANT

Certificate of Service

    I certify that on October 12, 2017, a copy of this document was served via ECF on counsel of record for plaintiff and was sent via First Class U.S. Mail, postage prepaid, to Charles Brown, Jayson Watkins, Brown & Watkins, 301 S. US 169 Hwy., Gower, MO 64454.

    */s/ Robin K. Carlson*
    Attorney for Defendant