# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| LADONNA NEWTON,<br>Individually And On Behalf Of All Others<br><br>Plaintiff,<br><br>v.<br><br>CITY WIDE MAINTENANCE, CO., INC.,<br><br>Defendant. | No. 17-CV-00861-W-DW |

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 15). Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees. The Clerk of Court shall terminate any pending motions and shall then mark this case as closed.

IT IS SO ORDERED.

Date: February 28, 2018                      /s/ Dean Whipple
                                                              Dean Whipple
                                                      United States District Judge